In the Matter of MATTHEW JOHN SKIFF, an Attorney, Resignor. [932 NYS2d 758]—Order entered accepting resignation and striking name from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ.

In the Matter of MICHAEL S. GAWEL, for Reinstatement to the Practice of Law in the State of New York. [932 NYS2d 757]—Order entered denying application for reinstatement. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Oct. 27, 2011.)

In the Matter of NASSER ANTHONY ASHGRIZ, for Reinstatement to the Practice of Law in the State of New York. [932 NYS2d 757]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Oct. 26, 2011.)

In the Matter of DOUGLAS P. THOMPSON, for Reinstatement to the Practice of Law in the State of New York. [932 NYS2d 757]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Oct. 26, 2011.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL LEE JONES, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANNON COOK, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BANKS, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN LEE, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Sconiers and Green, JJ.